In re STEWART.
No. 21169–S.

District Court, N. D. California, S. D.
March 21, 1939.

ST. SURE, District Judge.

Petitioner asks leave to file in forma pauperis under the provisions of 28 U.S.C. A. § 832 an application for a writ of mandamus. The petition fails to disclose a meritorious cause of action (Phillips v. McCauley, 9 Cir., 92 F.2d 790), and besides writs of mandamus have been abolished by 81(b) of the Federal Rules of Civil Procedure, 28 U.S.C.A. following section 723c.

The application is therefore denied.